UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES ERIC HASH, | Civil No.  2:14-cv-00259-LRS |
| Plaintiff, | |
| vs. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, a new administrative law judge (ALJ) shall offer Plaintiff an opportunity for a new hearing, further update the medical record, and issue a new decision.  The ALJ shall also:

- Further consider the VA disability ratings and obtain the VA Rating Decision that provides an explanation of the March 6, 2012 decision, if available, and consider the Order of the Board of Veterans' Appeals dated July 19, 2013, submitted to the Appeals Council (Exhibit 13E) and evaluate the VA disability determination pursuant to 20 CFR 404.1512(b)(5) and Social Security Ruling 06-03p.

- Reevaluate the medical source opinions of record;

- Reassess Plaintiff's maximum residual functional capacity (RFC), specifically with consideration to the opinions of record from all medical source opinions and fashion a complete RFC finding. The ALJ should provide specific reasoning for the weight given to opinion evidence, discussing the evidentiary basis for conclusions along with an adequate rationale for either accepting or rejecting probative medical opinions, and giving consideration to obtaining medical expert testimony;

- Reassess step five addressing whether plaintiff is able to make a vocational adjustment to other work existing in significant numbers in the national economy, with the assistance of a vocational expert.

///

///

The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this____16th____day of __July____, 2015.

*s/Lonny R. Suko*
_____
SENIOR U. S. DISTRICT COURT JUDGE

Presented by:

s/  Leisa A. Wolf_____
LEISA A. WOLF
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA  98104-7075
Telephone:  (206) 615-3621
Fax:  (206) 615-2531
leisa.wolf@ssa.gov