AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JAMES ERIC HASH

_____
*Plaintiff*

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security

_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No.   2:14-CV-00259-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

❏   other:

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge    Lonny R. Suko _____ on a motion for
       Stipulated Motion to Remand, entered in favor of the Plaintiff.

Date:   7/16/15 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Shelly Koegler
_____
*(By) Deputy Clerk*

Shelly Koegler
_____